UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DALE J. LYNCH ]
    Plaintiff, ]
]    No. 3:10cv848
v. ]    (No. 3:10-mc-0103)
]    Judge Campbell
PETE MILLER, et al. ]
    Defendants. ]

## ORDER

The Court has before it a *pro se* civil complaint (Docket Entry No. 1) and an application to proceed in forma pauperis (Docket Entry No. 6).

The plaintiff is a resident of McEwen, Tennessee. It appears from the application that he lacks sufficient financial resources to pay the fee required to file his complaint. Therefore, the plaintiff's application to proceed in forma pauperis is GRANTED. 28 U.S.C. § 1915(a). Because the plaintiff is proceeding as a pauper, the Court is now obliged to review the complaint to determine whether this action should go forward. 28 U.S.C. § 1915(e)(2).

The plaintiff brings this action against fifteen (15) individuals, some of whom may be relatives, the State of Tennessee, the Central Intelligence Agency and the Department of Defense, seeking one billion dollars in damages. The plaintiff states that this is a matter of national security. He alleges that he holds "a Nato Top Secret Clearance" and that he is being "tortured Non-Stop".

The plaintiff's claims are so attenuated and unsubstantial as to be absolutely devoid of merit. They are an excellent example of the type of "fantastic and delusional scenario" that the Supreme Court has recognized to be frivolous within the meaning of 28 U.S.C. § 1915(e)(2). Neitzke v.

Williams, 109 S.Ct. 1827, 1833 (1989). A district court possesses the authority to dismiss frivolous actions. Brooks v. Seiter, 779 F.2d 1177, 1179 (6th Cir. 1985). Accordingly, this action is hereby DISMISSED.

Since the instant action has been found to be frivolous, an appeal of this order and the judgment rendered herein would not be taken in good faith. Coppedge v. United States, 82 S.Ct. 917, 921 (1962). Therefore, the plaintiff is NOT certified to pursue an appeal of this judgment in forma pauperis. 28 U.S.C. § 1915(a)(3).

It is so ORDERED.

*Todd Campbell*
Todd Campbell
United States District Judge